No. 13–8001/NA. United States, Appellant v. Saheed A. Lawanson, Appellee. CCA 201200187. On consideration of the Government's Motion to Stay Proceedings, the Government's Motion to Correct Errata, and the Appellee's Motion to Dismiss the Government's Motion to Stay Proceedings, it is ordered that the Motion to Correct Errata is granted, the Motion to Stay Proceedings is denied, and the Motion to Dismiss the Government's Motion to Stay Proceedings is denied as moot.